LOUISVILLE CITY NAT. BANK v. STONE et al. SAME v. CITY OF LOUISVILLE. (Circuit Court, D. Kentucky. June 4, 1898.) Nos. 6,565 and 6,566. Helm & Bruce, for complainant. W. S. Taylor, Atty. Gen., for Samuel H. Stone and others. Henry L. Stone, for city of Louisville. Before HARLAN, Circuit Justice, and TAFT and LURTON, Circuit Judges.

TAFT, Circuit Judge. These cases are controlled by the case of Bank of Commerce v. City of Louisville, 88 Fed. 398. On the principle of privity and res judicata laid down in that case, we grant the motion for a preliminary injunction, and overrule the demurrers to the bill.

———————

LYONS v. OTERI. (Circuit Court of Appeals, Fifth Circuit. May 17, 1897.) No. 579. Appeal from the District Court of the United States for the Eastern District of Louisiana. Dismissed, pursuant to the twenty-third rule, for failure to print record.

———————

PERRIS IRR. DIST. v. SAVINGS & TRUST CO. OF CLEVELAND, OHIO, et al. (Circuit Court, S. D. California. June 29, 1898.) No. 659. Wm. J. Hunsaker, for Savings & Trust Co. and others. Works & Lee, for Perris Irr. Dist.

ROSS, Circuit Judge. The cross bill in this case is substantially similar to that in the case of Alessandro Irr. Dist. v. Savings & Trust Co. of Cleveland (just decided) 88 Fed. 928. For the reasons given by the court for overruling the demurrer to the cross bill in that case, an order will be entered herein overruling the demurrer, with leave to the defendants to answer within 20 days.